In the Matter of the Claim of BLANCHE SCHULMAN, Respondent, against MOSES SCHULMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— That part of the award which allows death benefits to the widow and the daughter, and compensation for disability to the widow, is affirmed. That part of the award which allows funeral expenses to the widow is reversed and remitted to the State Industrial Board, on the ground that there is no proof that

the funeral expenses were authorized or paid by the widow. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.